IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ali AZIZZADEH-FARD, MD<br>(A97 203 514)<br>4205 Riley St.<br>Houston, TX 77005<br><br>Plaintiff<br><br>v.<br><br>Michael CHERTOFF<br>Secretary<br>U.S. Department of Homeland Security<br>245 Murray Drive, Building 410<br>Washington, DC 20528<br><br>Emilio T. GONZALEZ<br>Director<br>USCIS<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>David ROARK<br>Director<br>USCIS Texas Service Center<br>4141 St. Augustine Road<br>Dallas, TX 75227<br><br>Sharon HUDSON<br>District Director<br>USCIS Houston District Office<br>126 Northpoint Drive<br>Houston, TX 77060<br><br>Robert S. MUELLER, III<br>Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535<br><br>in their official capacities,<br><br>Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. _____<br><br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR LEAVE<br>TO APPEAR<br>*PRO HAC VICE*** |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* AND SUPPORTING DECLARATION

Pursuant to LCvR § 83.2(d) counsel moves for the admission *pro hac vice* of H. Ronald Klasko to represent Plaintiff Ali Azizzadeh-Fard, MD in this matter. In support of this motion, I declare and affirm the following:

H. Ronald Klasko is a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 20384. Mr. Klasko is a member in good standing of the bar of the Supreme Court of Pennsylvania, and to the best of my knowledge, information and belief has never been disciplined or otherwise sanctioned by any Court or administrative agency.

Mr. Klasko maintains a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. His business telephone number is 215-825-8608.

Mr. Klasko has been admitted to the court *pro hac vice* in previous matters.

Mr. Klasko is not a member of the bar of this Court.

Respectfully submitted,

_____
Thomas K. Ragland
(D.C. Bar No. 501021)
Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036

Dated: 12/17/07

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Ali AZIZZADEH-FARD, MD                :
(A97 203 514)                         :
4205 Riley St.                        :
Houston, TX 77005                     :
                                      :
　Plaintiff                           :
                                      :
　v.                                  :      Civil No. _____
                                      :
Michael CHERTOFF                      :
Secretary                             :
U.S. Department of Homeland Security  :
245 Murray Drive, Building 410        :
Washington, DC 20528                  :
                                      :
Emilio T. GONZALEZ                    :
Director                              :
USCIS                                 :
20 Massachusetts Avenue, N.W.         :      COMPLAINT TO
Washington, DC 20529                  :      COMPEL AGENCY ACTION AND
                                      :      PETITION FOR WRIT OF
David ROARK                           :      MANDAMUS
Director                              :
USCIS Texas Service Center            :
4141 St. Augustine Road               :
Dallas, TX 75227                      :
                                      :
Sharon HUDSON                         :
District Director                     :
USCIS Houston District Office         :
126 Northpoint Drive                  :
Houston, TX 77060                     :
                                      :
Robert S. MUELLER, III                :
Director                              :
Federal Bureau of Investigation       :
J. Edgar Hoover Building              :
935 Pennsylvania Ave. NW              :
Washington, DC 20535                  :
                                      :
　　in their official capacities,     :
                                      :
　Respondents                         :

## **DECLARATION OF H. RONALD KLASKO**

1. I am a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 20384.

2. I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and have never been disciplined or otherwise sanctioned by any Court or administrative agency.

3. I maintain a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. My business telephone number is 215-825-8608.

4. I am not a member of the bar of this Court.

5. I have been admitted to the court *pro hac vice* in previous matters.

Dated: 12-12-07

H. Ronald Klasko
(PA Attorney No. 20384)
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Ste. 1700
Philadelphia, PA 19103
215-825-8608