**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALI AZIZZADEH-FARD, MD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Case Number: 1:07CV2289(RBW) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff' Complaint, making Defendants' Answer due March 26, 2008. The U.S. Attorney's Office was served December 27, 2007, making Defendants' answer currently due February 25, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion. Counsel for Plaintiff stated that Plaintiff consents to this enlargement.

This is a mandamus case in which Plaintiff alleges that Defendants have unreasonably delayed completing the adjudication of his I-485 application for adjustment of status to that of a lawful permanent resident. The United States Citizenship and Immigration Services ("USCIS") Texas Service Center is adjudicating Plaintiff's application.

There is good cause to grant this enlargement motion. In light of a recently-issued USCIS policy memorandum concerning the adjudication of adjustment applications like Plaintiff's, Defendants anticipate that the parties' dispute can be resolved through the administrative process.

Granting Defendants an additional 30 days in which to file their answer or otherwise respond to the complaint will allow the parties to continue to pursue an administrative resolution to the dispute, thereby potentially avoiding unnecessary litigation. The enlargement also will permit the undersigned Assistant United States Attorney to determine, in consultation with agency counsel at the Defendant agencies, to determine how the policy memorandum affects the legal defenses Defendants may raise in this litigation if this case cannot be resolved administratively. Defendants therefore request that the deadline for their answer be enlarged by thirty days.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants additional time to answer Plaintiff's Complaint should cause no prejudice.

Dated: February 19, 2008				Respectfully submitted,

/s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ALI AZIZZADEH-FARD, MD                      )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )    Case Number:  1:07CV2289(RBW)
                                            )
MICHAEL CHERTOFF, Secretary,                )
Department of Homeland Security,  et al.,   )
                                            )
            Defendants.                     )
                                            )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due March 26, 2008.

SO ORDERED.

_____
United States District Judge