UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AZIZZADEH-FARD, MD<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, <u>et al.</u>,<br><br>Defendants. | Case Number: 1:07CV2289(RBW) |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff' Complaint, making Defendants' Answer due April 25, 2008. Defendants' answer currently is due March 26, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion. However, counsel for Plaintiff had not yet responded as of the time this motion was filed, and Defendants do not know Plaintiff's position on this enlargement.

This is a mandamus case in which Plaintiff alleges that Defendants have unreasonably delayed completing the adjudication of his I-485 application for adjustment of status to that of a lawful permanent resident. The United States Citizenship and Immigration Services ("USCIS") Texas Service Center is adjudicating Plaintiff's application.

There is good cause to grant this enlargement motion. In light of a recently-issued USCIS policy memorandum concerning the adjudication of adjustment applications similar to Plaintiff's, Defendants anticipate that the parties' dispute can be resolved through the administrative process.

For that reason, Defendants previously requested a 30-day enlargement, to which Plaintiff consented. Defendants' administrative review of Plaintiff's application is ongoing, and Defendants anticipate that they will make a final decision on the application soon. Given that such a decision would likely render this case moot, Defendants seek a further enlargement of the deadline in which to file their answer or Rule 12(b) motion. Granting that enlargement would potentially avoid unnecessary litigation and briefing of the jurisdictional defenses that Defendants will raise if and when they file a response to the complaint.

Defendants have requested one prior enlargement of the deadline for their answer to the complaint. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants additional time to answer Plaintiff's Complaint should cause no prejudice.

Dated: March 25, 2008                                  Respectfully submitted,

   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALI AZIZZADEH-FARD, MD              )
                                    )
            Plaintiff,              )
                                    )
v.                                  )  Case Number:  1:07CV2289(RBW)
                                    )
MICHAEL CHERTOFF, Secretary,        )
Department of Homeland Security, et al., )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due April 25, 2008.

SO ORDERED.

_____
United States District Judge