UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AZIZZADEH-FARD, MD ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case Number:  1:07CV2289(RBW) |

## NOTICE OF CONSENT TO ENLARGEMENT OF TIME TO FILE ANSWER

Defendants Michael Chertoff <u>et al.</u>, through undersigned counsel, hereby provide Notice that Plaintiff's counsel has informed Counsel for Defendants that Plaintiff does not oppose the 30-day enlargement of time that Defendants sought in Dkt. Entry 13.  The Rule 7(m) statement included in that motion indicated that Defendants did nto know Plaintiff's position on the enlargement.

Dated: March 28, 2008            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　   /s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT**
       **FOR THE DISTRICT OF COLUMBIA**

_____
|  |  |
|---|---|
| ALI AZIZZADEH-FARD, MD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV2289(RBW) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
_____)

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due April 25, 2008.

SO ORDERED.

                                                                     _____

                                                                     United States District Judge