UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI AZIZZADEH-FARD, MD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Case Number: 1:07CV2289 (RBW) |

**<u>JOINT STATUS REPORT</u>**

In accordance with the Court's March 28, 2008 Minute Order, the parties hereby submit a joint status report regarding the status of the adjudication of the adjustment of status application at issue in this mandamus action. On March 28, 2008, Defendant United States Citizenship and Immigration Services completed its adjudication of Plaintiff's adjustment of status application, and issued a notice informing Plaintiff that his application had been approved. In light of that approval, the parties have agreed to stipulate to dismiss this action, pursuant to Federal Rule of Civil Procedure 41(a). An executed copy of the stipulation of dismissal is submitted herewith as Exhibit 1.

Dated: April 15, 2008             Respectfully submitted,

                                      /s/ Andres Benach by RMM
                               ANDRES BENACH
                               THOMAS RAGLAND
                               MAGGIO & KATTAR
                               11 Dupont Circle, NW Suite 775
                               Washington, DC  20036
                               Phone: (202) 483-0053 Fax: (202) 483-6801
                               *Counsel for Plaintiff*

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AZIZZADEH-FARD, MD<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, et al.,<br><br>    Defendants. | Case Number:  1:07CV2289(RBW) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

                            Respectfully submitted,

  /s/ Andres Benach by RMM

ANDRES BENACH
THOMAS RAGLAND
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: (202) 483-0053
Fax: (202) 483-6801

*Counsel for Plaintiff*

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

  /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

Dated: April 15, 2008